THE STATE OF OHIO, APPELLANT, *v.* MCWILLIAMS, APPELLEE.

[Cite as *State v. McWilliams* (1997), 78 Ohio St.3d 1.]

2

(No. 96–2459—Submitted January 21, 1997—Decided March 5, 1997.)

*William R. Biddlestone,* Athens County Prosecuting Attorney, and *Birgit Pedersen,* Assistant Prosecuting Attorney, for appellant.

*Jennifer D. Schaffer,* Assistant State Public Defender, for appellee.

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *State v. Wilson* (1997), 77 Ohio St.3d 334, 673 N.E.2d 1347, and the appellee's conviction is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.